UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>William Connolly, Sr.</u>

      v.                  Civil No. 08-cv-509-JD

<u>US Social Security Administration, Commissioner</u>


<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 23, 2009, no objection having been filed.

SO ORDERED.


January 14, 2010                      <u>**/s/ Joseph A. DiClerico, Jr.**</u>
                                           Joseph A. DiClerico, Jr.
                                           United States District Judge


cc:    D. Lance Tillinghast, Esq.
        Robert J. Rabuck, Esq.